No. 316. BIGELOW *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris Lavine* for petitioner.

No. 437. PASS *v.* McGRATH, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Raoul Berger* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baynton, James D. Hill* and *George B. Searls* for respondent.

No. 494. DOLLAR ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Herman Phleger, Gregory A. Harrison, Moses Lasky, Edmund L. Jones* and *Howard Boyd* for petitioners. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the grant of the petition for a writ of certiorari.

No. 205, Misc. BRAASCH ET AL. *v.* UTAH. Supreme Court of Utah. Certiorari denied. Petitioners *pro se.* *Clinton D. Vernon,* Attorney General of Utah, and *Quentin L. R. Alston,* Assistant Attorney General, for respondent.

No. 240, Misc. MINUTOLO *v.* KAUFMAN, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied.